NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-865

STATE OF LOUISIANA

VERSUS

DONALD RAY THOMPSON

************

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT,
PARISH OF RAPIDES, NO. 271,355
HONORABLE THOMAS M. YEAGER, JUDGE
************

**JOHN B. SCOFIELD**
**JUDGE**
************

Court composed of Billie Colombaro Woodard, Elizabeth A. Pickett, and John B. Scofield, Judges.[*]

CONVICTION AND SENTENCE AFFIRMED.
MOTION TO WITHDRAW GRANTED.

James C. Downs, District Attorney
Michael W. Shannon, Asst. District Attorney
P. O. Box 1472
Alexandria, LA 71309
Counsel for Appellee:
    State of Louisiana

Edward Kelly Bauman
Louisiana Appellate Project
P. O. Box 1641
Lake Charles, LA 70602-1641
Counsel for Defendant/Appellant:
    Donald Ray Thompson

[*]Honorable John B. Scofield participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.